UNITED STATED DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ALC FINANCIAL CORPORATION, A MINNESOTA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ATLAS RECREATIONAL HOLDINGS, INC., A FLORIDA CORPORATION,<br><br>Defendant. | **STIPULATION TO EXTEND TIME TO ANSWER**<br><br>Case No 00-938 JMR/FLN |

The parties to this action hereby stipulate and agree that Defendant Atlas Recreational Holdings, Inc. may have until September 5, 2000, to answer or otherwise plead in this matter.

Dated: August 16, 2000

James E. LaFave (#151701)
255 University Avenue
St. Paul, MN 55103
Telephone: (651) 312-1866

ATTORNEYS FOR PLAINTIFF

Dated: August 14, 2000

MESSERLI & KRAMER P.A.

Madhulika Jain

George R. Serdar (#19259)
Madhulika Jain (#23183X)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402-4218
Telephone: (612) 672-3600

ATTORNEYS FOR DEFENDANTS

461132_1

SO ORDERED.

Dated: August 23, 2000

US Magistrate Judge

FILED 8/23/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK