UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALC Financial Corporation,
a Minnesota corporation,

Plaintiff,

v.

Atlas Recreational Holdings, Inc.,
a Florida corporation, k/n/a
Recreational Holdings, Inc.,

Defendant.

Civil No. 00-938 JMR/FLN

**ORDER**

---

James E. LaFave for Plaintiff.
George R. Serdar for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 7, 2001, on Plaintiff's Motion to Compel Discovery and for Sanctions [#10].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Discovery and for Sanctions [#10] is **GRANTED**.

   a. Defendant shall pay the costs and fees incurred by Plaintiff in connection with this Motion. On or before May 11, 2001, Plaintiff shall submit an affidavit to the Court listing those costs and fees;

   b. As the parties have agreed, the deposition of Michael Riley shall occur on May 16, 2001;

FILED MAY 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

c. Unless the parties agree to a different date, the deposition of Ron Huneycutt shall occur on May 16, 2001.

DATED: May 7, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge