UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALC Financial Corporation,
a Minnesota corporation,

Plaintiff,

v.

Atlas Recreational Holdings, Inc.,
a Florida corporation, k/n/a
Recreational Holdings, Inc.,

Defendant.

Civil No. 00-938 JMR/FLN

**ORDER**

---

James E. LaFave for Plaintiff.
George R. Serdar for Defendant.

---

On May 7, 2001, the Court awarded Plaintiff the costs and fees it incurred in bringing the Motion to Compel heard on that date. Plaintiff was ordered to file an Affidavit listing the fees and expenses that it incurred bringing the Motion. Plaintiff has complied with the Order and has submitted an Affidavit listing $1,114.75 in costs and fees.

Accordingly, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant shall pay to Plaintiff the sum of $1,114.75.

DATED: May 15, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAY 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________