**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | |
|---|---|
| ALC Financial Corporation,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Atlas Recreational Holdings, Inc.,<br>a Florida corporation k/n/a Recreational Holdings, Inc.<br><br>Defendant. | CASE NO. 00-938 JMR/FLN<br><br>**ORDER EXTENDING DISCOVERY DEADLINE** |

Based upon the Stipulation of the parties dated May 29, 2001, the Pretrial Schedule dated October 20, 2000, is hereby amended as follows:

All discovery shall be commenced to be completed by August 1, 2001. All other dates, including the trial ready date, remain unchanged.

BY THE COURT:

Dated: June 4, 2001

Franklin L. Noel
Chief Magistrate Judge

492161_1

JUN 4 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | |
|---|---|
| ALC Financial Corporation,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Atlas Recreational Holdings, Inc.,<br>a Florida corporation k/n/a Recreational Holdings, Inc.<br><br>Defendant. | CASE NO. 00-938 JMR/FLN<br><br>**STIPULATION TO AMEND PRETRIAL SCHEDULE** |

The parties to this action, through their respective counsel, hereby stipulate and agree that the date for completion of discovery shall be extended from July 1, 2001 to August 1, 2001.

All other deadlines contained in the Pretrial Schedule dated October 20, 2000, shall remain unchanged.

action.

**ALC FINANCIAL CORPORATION**

Dated: May 25, 2001

James E. LaFave

James E. LaFave (# 151701)
255 University Avenue
St. Paul, MN 55103
Telephone: (651) 312-1866

ATTORNEY FOR PLAINTIFF

FILED________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**MESSERLI & KRAMER, P.A.**

Dated: MAY 29, 2001

George R. Serdar (#99259)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, Minnesota 55402
(612) 672-3600

ATTORNEYS FOR DEFENDANTS